674

No. 405. CRAWFORD *v.* HALE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. J. Weston Allen* for petitioner. *Mr. Joseph E. Warner* for respondent. ■■■

No. 406. GLOBE INDEMNITY Co. *v.* C. H. EARLE, INC. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. F. A. W. Ireland* for petitioner. *Messrs. Oscar A. Lewis* and *Lloyd B. Kanter* for respondent. See also 61 F. (2d) 765.

No. 407. FITZ GERALD *v.* EQUITABLE LIFE ASSURANCE SOCIETY. October 16, 1933. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Hans v. Briesen* and *Francis T. White* for petitioner. *Mr. Clifton P. Williamson* for respondent.

No. 409. FAIN *v.* CADY LUMBER Co. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Isaac Barth* for petitioner. No appearance for respondent.

No. 410. LUPPINO *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Andrew G. Haley* for petitioner. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.